JOSEPH WEINER, Respondent, v. RAILWAY EXPRESS AGENCY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOSEPH MASTROMARINO, Appellant, v. CHARLES BRANCATI, Defendant, Impleaded with JOSEPH J. JACOBS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE SEVEN FIFTY-TWO MELROSE AVENUE AMUSEMENT CORPORATION, Appellant, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, an Unincorporated Organization of Seven or More Members, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, without terms. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ETHEL R. RYSKIND v. MORRIE RYSKIND.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ESTELLE G. HERSEY v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN A. STUM v. RAY H. ARNOLD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN A. STUM v. RAY H. ARNOLD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before March 20, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SAMUEL MEADOW, INC., v. DAVID E. SINGER, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BENJAMIN GREENSTEIN v. JACOB BLUM, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.